

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JAMIE G. WITT and MARY WITT ) | |
| ) | |
| Plaintiffs, ) | No. 2:12-0089 |
| ) | |
| vs. ) | Judge Sharp |
| ) | |
| FAYE GOAD CLAY, Executrix of the Estate ) | Magistrate Judge Griffin |
| of Ina Joyce Wheeler Goad ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR LEAVE TO PERMIT LAWYER OTHER THAN LEAD COUNSEL
TO APPEAR AT CASE MANAGEMENT CONFERENCE**

Plaintiffs, Jamie G. Witt and Mary Witt, move this Honorable Court for an order permitting a lawyer other than lead counsel to appear on their behalf at the Case Management Conference. In support, Plaintiffs submit as follows:

1. The initial case management conference in this case is set for November 5, 2012 in Cookeville, Tennessee.

2. The undersigned is lead counsel for the Plaintiffs.

3. Plaintiffs' counsel has a jury trial set for November 5, 2012 before Judge Brothers in state court in Nashville. That case was set for trial before the case management conference was set in this matter.

4. Plaintiffs' counsel is now convinced that the state court action will not be settled, and thus will be tried on November 5, 2012.

5. Plaintiff's counsel requests permission to send Brandon Bass, a lawyer in his firm, to attend the case management conference. Mr. Bass will be prepared on the issues, and will be able to commit the Plaintiffs on all issues typically raised in such conferences.