```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                       NORTHEASTERN DIVISION
```

JAMIE G. WITT; and MARY WITT,     )
                                  )
         Plaintiffs               )
                                  )         No. 2:12-0089
v.                                )         Judge Sharp/Griffin/Brown
                                  )         **Jury Demand**
FAYE GOAD CLAY, Executrix of the  )
Estate of Ina Joyce Wheeler Goad, )
                                  )
         Defendant                )

### O R D E R

A settlement conference was held in this matter on March 27, 2013. The parties were able to reach a settlement satisfactory to all sides. The parties are requested to file appropriate papers with the Court dismissing this action with prejudice within **90 days**.

In view of this settlement it appears nothing further remains to be done by the undersigned Magistrate Judge and the **Clerk** is directed to return this file to Judge Sharp.

It is so **ORDERED**.

                              /s/ Joe B. Brown
                              JOE B. BROWN
                              United States Magistrate Judge