**EXHIBIT**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMIE G. WITT; and MARY WITT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:12-0089 |
| | ) | |
| FAYE GOAD CLAY, Executrix of the | ) | Judge Sharp/Griffin/Brown |
| Estate of Ina Joyce Wheeler Goad, | ) | |
| | ) | JURY DEMAND |
| Defendant. | ) | |

## AGREED ORDER

It appearing to the satisfaction of the Court, as evidenced by the signatures of the attorneys hereto, that all matters in controversy by and between the parties have been compromised and settled in full and that the actions of the plaintiffs Jamie G. Witt and Mary Witt against the defendant Faye Goad Clay, Executrix of the Estate of Ina Joyce Wheeler Goad, should be dismissed with prejudice, and further, counsel for plaintiffs by virtue of his signature below, has verified compliance with T.C.A. § 71-5-117(g) and further represents and advises to the Court that all healthcare liens or interests or subrogation claims, and including but not limited to any TennCare or Medicare lien, pertaining to this action have been or will be satisfied from the settlement proceeds and further that any and all other subrogation interests likewise, including any of the State of Tennessee or any entity acting pursuant to T.C.A. § 71-5-117(g), have been or will be properly addressed. Counsel for plaintiffs further verify

that there are no hospital liens of record which remain unsatisfied pursuant to T.C.A. § 29-22-101, et seq.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that the actions of the plaintiffs Jamie G. Witt and Mary Witt against the defendant Faye Goad Clay, Executrix of the Estate of Ina Joyce Wheeler Goad, deceased, be, and the same hereby are, in all things, dismissed with prejudice.

ENTERED this _____ day of _____, 2013.

Kevin H. Sharp
United States District Judge

APPROVED FOR ENTRY BY:

**THE LAW OFFICES OF JOHN DAY PC**

/s John A. Day with permission Joseph B. Klockenkemper, II
John A. Day (BPR No. 009416)
*Attorney for the Plaintiffs*
5141 Virginia Way, Ste. 270
Brentwood, TN 37027
(615) 742-4880
jday@johndaylegal.com

**ORTALE, KELLEY, HERBERT & CRAWFORD**

/s Joseph B. Klockenkemper, II
Joseph B. Klockenkemper, II (#6957)
*Attorney for Defendant Faye Goad Clay,*
*Executrix of the Estate of Ina Joyce Wheeler Goad*
200 Fourth Avenue North, 3rd Floor
Nashville, Tennessee 37219
(615) 256-9999
jklockenkemper@ortalekelley.com